IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

COREY J. SAMUEL,
    Plaintiff,

vs.                              Case No.: 3:12cv218/RV/EMT

OFFICER JOHNSON, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 27, 2013 (doc. 76). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The motion for summary judgment filed by Defendants Johnson and Clark (doc. 65) is **DENIED**.

3.    This matter is referred to the assigned magistrate judge to conduct pre-trial proceedings.

**DONE AND ORDERED** this 30th day of December, 2013.

                          /s/ Roger Vinson
                          **ROGER VINSON**
                          **SENIOR UNITED STATES DISTRICT JUDGE**